# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: February 11, 2021

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | * | |
| DOUGLAS BELL, | * | |
| | * | |
| Petitioner, | * | No. 19-1070V |
| | * | |
| v. | * | Special Master Dorsey |
| | * | |
| SECRETARY OF HEALTH | * | |
| AND HUMAN SERVICES, | * | |
| | * | |
| Respondent. | * | |
| | * | |
| * * * * * * * * * * * * * * | * | |

## ORDER

On February 11, 2021, petitioner filed a joint status report updating the court on settlement negotiations. Petitioner's counsel reports that petitioner rejected respondent's counter-offer. The parties have conferred and respectfully request that this matter move forward on a dual track with set litigative deadlines to move the case forward, while the parties continue to informally explore potential settlement. Therefore, respondent shall file the Rule 4(c) Report in sixty (60) days. Petitioner shall file a Joint Status report updating the court on the parties' settlement negotiations on the same date.

The following is **ORDERED**:

(1) Petitioner shall file a joint status **by Monday, April 12, 2021.**

(2) Respondent shall file the Rule 4(c) Report **by Monday April, 12, 2021.**

Any questions regarding this Order may be directed to my law clerk, Megan Andersen, at (202) 357-6345 or at megan_andersen@cfc.uscourts.gov.

**IT IS SO ORDERED.**

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Special Master

1